IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALFONSO HOUSTON, | ) | |
| AIS #248672, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:09-CV-818-MEF |
| | ) | [WO] |
| S. HILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. # 11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court concludes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. # 11) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice.

A separate judgment shall issue.

DONE this 27th day of October, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE