IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALFONSO HOUSTON, AIS #248672, ) ) ) Plaintiff, ) ) v. ) ) S. HILL, et al., ) ) Defendants. ) | CASE NO. 2:09-CV-818-MEF [WO] |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 27th day of October, 2011.

                                             /s/ Mark E. Fuller
                                    UNITED STATES DISTRICT JUDGE